————o————

STATE OF MISSOURI, Respondent, *vs.* PETER MEYERS, Appellant.

See State vs. Meyers, *ante* p. 414.

*Appeal from Jasper County Circuit Court.*

*H. H. Harding, with W. H. Phelps,* for Appellant.

*Jno. A. Hockaday, Att'y Gen'l,* for Respondent.

SHERWOOD, Judge, delivered the opinion of the court.

The same questions arise in this case as in that between the same parties determined at this term, and for like reasons, the judgment will be reversed and the cause remanded. The other judges concur.